UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANPREET SINGH,

        Petitioner,

v.

ICE FIELD DIRECTOR,

        Respondent.

C19-1472 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 12, of the Honorable Mary Alice Theiler, United States Magistrate Judge. Petitioner has apparently been released from custody, and the copies of the R&R and related materials that were mailed to petitioner at the Northwest Detention Center were returned as undeliverable. *See* docket no. 13. Petitioner has not provided the Court with updated contact information and has not filed any objection to the R&R.

Having reviewed the record, the Court ORDERS as follows:

(1)     The R&R is ADOPTED in part and MODIFIED in part;

(2)     The Government's motion to supplement and dismiss as moot, docket no. 9, is GRANTED;

ORDER - 1

(3) The Government's motion to dismiss, docket no. 5, is DENIED as moot;

(4) Petitioner's habeas petition is DENIED;

(5) The R&R is modified to provide that this action is DISMISSED with prejudice; and

(6) The Clerk is directed to send a copy of this Order to the parties and to Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 6th day of January, 2020.

Thomas S. Zilly
United States District Judge